

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-20-00031-CR

**IN RE** Kevin **DEBNAM**

Original Mandamus Proceeding[1]

**ORDER**

On January 21, 2020, relator filed a petition for writ of mandamus and an application for leave to file the petition. We deny as moot relator's application because leave is not required to file a petition for writ of mandamus in an intermediate appellate court. *See* TEX. R. APP. P. 52.1; *In re Medina*, 04-19-00041-CR, 2019 WL 360534, at *1 (Tex. App.—San Antonio Jan. 30, 2019, no pet.).

After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 5, 2020.

Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2019CR6484, 2019CR6485, 2019CR6494, & 2019CR6495, styled *The State of Texas v. Kevin Debnam*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Stephanie R. Boyd presiding.